UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN A. CLARK,

                      Plaintiff,

    -against-                                  24-cv-2741 (DEH) (RFT)

NYCHA,                                      **ORDER**

                      Defendant.

**ROBYN F. TARNOFSKY,** United States Magistrate Judge.

    By Order of Reference dated April 18, 2024 (ECF 5), Judge Dale E. Ho referred this case to Magistrate Judge Gabriel W. Gorenstein for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement. On April 19, 2024, that referral was reassigned to me.

    Defendant moved to dismiss this case on May 7, 2024. Pursuant to Judge Ho's Individual Rules and Practices in Civil Pro Se Cases, available at https://nysd.uscourts.gov/hon-dale-e-ho, Plaintiff's response is due on **June 7, 2024**, and Defendant's reply, if any, is due on **June 21, 2024**. The parties should familiarize themselves with Judge Ho's Individual Rules and Practices in Civil Pro Se Cases.

    Additionally, this action is scheduled for a telephonic Initial Case Management Conference, in accordance with Rule 16(b) of the Federal Rules of Civil Procedure, on **July 30, 2024 at 11:00 AM**. Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 518 015 307 #**.

    **Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a) initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference. The parties will be required to discuss at the Rule 26(f) conference the subjects set forth in Rules 16(b) and

16(c) of the Federal Rules of Civil Procedure. A list of the Rule 26(f) discussion topics is available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

**Proposed Scheduling Order.** The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and to file it on the docket by **July 23, 2024**. In the event that the parties disagree about the dates or other terms of the proposed scheduling order, they shall file on the docket a joint letter briefly explaining the dispute(s) and competing proposal(s) by **July 23, 2024**.

If the parties agree on a schedule that calls for the close of all discovery within six months and have no issues to raise with the Court, the parties may, if they wish, request in their Proposed Civil Case Management Plan and Scheduling Order that the initial case management conference be canceled. I will ordinarily grant such requests.

Dated:     May 8, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

2