UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sean A. Clark<br><br>                Plaintiff,<br><br>  -against-<br><br>NYCHA<br><br>               Defendant. | 24-CV-2741 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from Plaintiff, which is attached as Exhibit A to this Order. Plaintiff, who is proceeding pro se, is reminded that all communications with the Court must be filed on the docket.

      Plaintiff should confer with opposing counsel about the joint report for submission in advance of the Initial Case Management Conference.

      Plaintiff may use his own phone for the telephonic Initial Case Management Conference.

      The Court, through the Pro Se Intake Unit, can provide a pro se litigant with an information package that includes copies of all orders entered to date, instructions for litigants who do not have attorneys, and information regarding the New York Legal Assistance Group Clinic for Pro Se Litigants (NYLAG).

DATED:  May 15, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

## Tarnofsky NYSD Chambers

| | |
|---|---|
| **From:** | Seantell Clark <seantellc_22@yahoo.com> |
| **Sent:** | Tuesday, May 14, 2024 1:10 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Subject:** | Proposed case management plan and report of Rule 26(f) conference |

**CAUTION - EXTERNAL:**

My name is Sean A.Clark and I am the plaintiff regarding dkt.#24-cv-2741. I want to know do I submit the report for conference under FRCP 26(f) to the court or to you? Also, for the telephone conference that is scheduled for July 30, 2024 can I use my own phone or do I have to use the court phone ? Break down some of the details regarding the telephone conference.

from,
Sean A.Clark
Plaintiff
93 4th Avenue 1172
Ny, Ny 10003
Phone: 917-242-2573

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.